IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THEOBROMA BV, §<br>  Plaintiff §<br> §<br>Vs. §<br> §<br>FEDERAL INSURANCE COMPANY, §<br>THE CONTINENTAL INSURANCE §<br>COMPANY, AGCS MARINE §<br>INSURANCE COMPANY, XL §<br>CATLIN SPECIALTY INSURANCE §<br>COMPANY, ENDURANCE: §<br>AMERICAN INSURANCE §<br>COMPANY, AXA CORPORATE §<br>SOLUTIONS ASSURANCE, §<br>ALLIANZ BENELUX SA, §<br>ALLIANZ VERSICHERUNGS AG, §<br>And AIG EUROPE LIMITED, §<br> §<br>  Defendants. | CIVIL ACTION NO. 1:18-cv-03643-ER |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: 11/15/2019

**ORDER ON AGREED MOTION TO ENLARGE TIME TO RESPOND TO DISCOVERY**

After considering the Agreed Motion to Enlarge Time to Respond to Discovery, the Court:

FINDS there is cause to enlarge the time for Ted Rekerdres individually and as a representative of Rekerdres & Sons Insurance Agency to respond to Defendants Request for Production and Request for Deposition. Therefore, the Court GRANTS the request to enlarge time until December 6, 2019 to respond to the Request for Production and a time thereafter to schedule the Deposition of Ted Rekerdres individually and as a representative of Rekerdres & Sons Insurance Agency.

SIGNED on November __15__, 2019

_____
Edgardo Ramos, United States District Judge