UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
THEOBROMA BV,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED:  2/5/2020

                                Plaintiff,                                    **ORDER**

          - against -                                                 18-cv-3643 (ER)

FEDERAL INSURANCE COMPANY, *et al.*,

                                Defendants.
--------------------------------------------------------X

Ramos, D.J.:

          The Court having been advised that all claims asserted herein have been settled, it is

ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either

party, subject to reopening should the settlement not be consummated **within sixty (60) days** of the

date hereof.

          Any application to reopen must be filed **within sixty (60) days** of this Order; any

application to reopen filed thereafter may be denied solely on that basis.  Further, the parties are

advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any

settlement agreement, they must submit the settlement agreement to the Court **within the next sixty**

**(60) days** with a request that the agreement be "so ordered" by the Court.

SO ORDERED.


Dated:  New York, New York
          February 5, 2020


                                                    _____
                                                    Edgardo Ramos, U.S.D.J.